IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS' COMBINED FUNDS OF<br>WESTERN PENNSYLVANIA, as agent<br>for PAUL QUARANTILLO, and JOHN C.<br>BUSSE, trustees ad litem, LABORERS'<br>DISTRICT COUNCIL OF WESTERN<br>PENNSYLVANIA WELFARE AND PENSION<br>FUNDS, THE CONSTRUCTION INDUSTRY<br>ADVANCEMENT PROGRAM OF WESTERN<br>PENNSYLVANIA FUND and the LABORERS'<br>DISTRICT COUNCIL OF WESTERN<br>PENNSYLVANIA and its affiliated local unions,<br>and THE LABORERS' DISTRICT COUNCIL OF<br>WESTERN PENNSYLVANIA, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-1322<br><br>Judge Gary L. Lancaster/<br>Magistrate Judge Francis X. Caiazza |
| Plaintiff, | ) | |
| v. | ) | |
| KEARNS TRUCKING, INC.,<br>RONALD KEARNS, SUZANNE KEARNS<br>and KENNETH KEARNS, | )<br>)<br>) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 21st day of ___July___, 2011, after consideration

of Plaintiff's Motion to Compel Attendance at Deposition in Aid of Execution, it is hereby

ORDERED, ADJUDGED and DECREED that Kenneth Kearns shall appear for a deposition in

aid of execution at the office of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh,

Pennsylvania 15222, on Wednesday, August 3, 2011 at 10:00 a.m. It is FURTHER ORDERED

that Kenneth Kearns shall produce at the deposition all of the documents and information set

forth in the Notice of Deposition served by Plaintiff's counsel on March 2, 2011.

_____
Chief United States District Judge